Hillsborough, }
  Dec., 1898. }

COSSAR v. TRUESDALE, *Ex'r*, *Ap't.*

WHEELER v. SAME.

SAWTELLE v. SAME.

In an appeal from an allowance by the commissioner of an insolvent estate, ignorance of the law furnishes ground for granting a creditor leave to file a declaration, under P. S., c. 193, s. 7.

PROBATE APPEALS from the decision of the commissioner allowing the claims of the plaintiffs against the estate of the testatrix, Martha J. Emery. The executor duly notified the plaintiffs of his appeals, and they were entered in good faith at the trial term. Counsel for the plaintiffs were ignorant of the provision that the creditor should file his declaration, and for this reason failed to do so within thirty days after notice of the appeals. They then petitioned for leave to file declarations on the ground of accident and mistake. Leave was granted, and the executor excepted.

*James F. Briggs* and *Taggart & Bingham*, for the plaintiffs.

*George W. Prescott* and *Henry B. Atherton*, for the defendant.

BLODGETT, C. J. There was no legal error in permitting the appellees to file their declarations under the statute relating to appeals from commissioners (P. S., c. 193, s. 7), which authorizes the court, " in cases of accident or mistake," to " allow the creditor to file his declaration or to amend it as in other civil actions."

*Parker's Appeal*, 15 N. H. 24, 26; *Tilton* v. *Tilton*, 35 N. H. 430, 433; *Holt* v. *Smart*, 46 N. H. 1; *Hilton* v. *Olcott*, 58 N. H. 598, 599; *Cutts* v. *Cutts*, 58 N. H. 602, 603; *Bolles* v. *Dalton*, 59 N. H. 479, 480; *Kelsea* v. *Manchester*, 64 N. H. 570.

*Exception overruled.*

PEASLEE, J., did not sit: the others concurred.